[No. 30879-1-III.   Division Three.   November 26, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD KOONTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 11-1-00647-1, F. James Gavin, J., entered May 14, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 30887-1-III.   Division Three.   November 26, 2013.]

JERELYN BIORN, *Appellant*, v. KENNEWICK SCHOOL DISTRICT NO. 17, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-2-01061-8, Bruce A. Spanner, J., entered April 23, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Kulik, J.

[No. 31340-9-III.   Division Three.   November 26, 2013.]

PALMER D. STRAND ET AL., *Appellants*, v. SPOKANE COUNTY ASSESSOR, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-01110-3, Gregory D. Sypolt, J., entered June 8, 2012. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Brown, J.

[Nos. 42902-1-II; 43292-7-II.   Division Two.   December 3, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. STACI LEA ALLISON, *Appellant*.

Appeals from a judgment of the Superior Court for Clallam County, No. 09-1-00206-1, Kenneth D. Williams, J., entered December 15, 2011. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Penoyar, J., and Schindler, J. Pro Tem.